# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Loida Colonna, Petitioner,

v.

Marlboro Park Hospital, Employer, and Gallagher Bassett Services, Inc., Carrier, Respondents.

Appellate Case No. 2013-001599

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Florence County
Michael G. Nettles, Circuit Court Judge

---

Opinion No. 27513
Heard March 17, 2015 – Filed April 8, 2015

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Stephen Benjamin Samuels, of Samuels Law Firm, LLC, of Columbia, for Petitioner.

Weston Adams, III, of McAngus Goudelock & Courie, L.L.C., of Columbia, and Helen Faith Hiser, of McAngus Goudelock & Courie, L.L.C., of Mount Pleasant, both for Respondents.

---

**PER CURIAM:**  We granted certiorari to review the Court of Appeals' decision in *Colonna v. Marlboro Park Hospital*, 404 S.C. 537, 745 S.E.2d 128 (Ct. App. 2013).  After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J.,  PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**